UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CORPORATION OF GONZAGA UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>BALDWIN ADVENTURES LLC, a Washington Limited Liability Company d/b/a THE BULLDOG BAR AND GRILL; ROBERT BALDWIN, an individual and a resident of the State of Washington,<br><br>    Defendants. | No. 2:17-cv-00367-SAB<br><br><br><br>**ORDER OF DISMISSAL** |

On July 25, 2018, the Court Ordered Plaintiff to show cause why the above-captioned matter should not be dismissed for failure to prosecute. ECF No. 5. Plaintiff responded by informing the Court that this matter has been resolved and, therefore, requests the Court to dismiss this action.

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED:**

**ORDER OF DISMISSAL** ^ 1

1. The above-captioned matter is **DISMISSED**.

2. Any pending motions are **dismissed as moot**.

3. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and **CLOSE this file**.

**DATED** this 11th day of September 2018.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**